IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUPE JAMES SANCHEZ,

      Petitioner,                     No. CIV S-11-2204 EFB P

     vs.

WILLIAM KNIPP, et al.,

      Respondents.           <u>ORDER</u>

                             /

      Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 21, 2011, respondents filed a motion to dismiss the petition, which was set for hearing on December 14, 2011. In violation of Local Rule 230(c), which provides that a responding party must file an opposition or statement of non-opposition not less than 14 days before the hearing, petitioner has not filed an opposition.

      Accordingly, it is hereby ORDERED that:

      1. The December 14, 2011 hearing is vacated; and

////

////

////

////

1

2. Within 21 days of the date of this order, petitioner shall show cause why he should not be sanctioned for failing to comply with Local Rule 230(c), and file an opposition or statement of non-opposition to respondents' motion to dismiss. Failure to comply with this order may result in the dismissal of this case.

DATED: December 6, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE