UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE JAMES SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM KNIPP, et al.,<br><br>Respondents. | No. 2:11-cv-2204-JAM-EFB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 10, 2012, the court stayed this action and directed petitioner to file a state habeas petition containing his unexhausted claims within 30 days. The court also directed petitioner to file a motion to lift the stay within 30 days of the California Supreme Court issuing a final order resolving petitioner's unexhausted claims. ECF No. 17. A review of the California Supreme Court's docket shows that petitioner filed a petition on November 21, 2012 in Case No. S206843, and that the petition was denied on January 23, 2013.[1]

/////

/////

---

[1] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1

Petitioner shall, within 30 days of the date of this order, file a status report discussing the status of the state court proceedings, and further proceedings in this action.

So ordered.

DATED: January 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE